```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONTE WILLIAMS,                )
                               )
     Plaintiff,                )
                               )
          v.                   )  Civil Action No. 04-299
                               )  Judge McVerry
KUSNAIRS'S BAR AND TAVERN,     )  Chief Magistrate Judge Caiazza
RANDALL RUSIA, MARK RUSIA,     )  In Re: Docs 106, 108
and FAYETTE COUNTY COMMUNITY   )
ACTION AGENCY,                 )
                               )
     Defendants.               )
```

**O R D E R**

IT IS HEREBY ORDERED that the Plaintiff's Motion to Compel Discovery (Doc. 106) is denied as being moot.

IT IS FURTHER ORDERED that the Plaintiff shall file a response to Defendant Fayette County Community Action Agency's Motion to Compel, Motion for Sanctions and Request for Extension of Discovery Deadline (Doc. 108) by August 3, 2005.

```
July 19, 2005              S/Francis X. Caiazza
                           Francis X. Caiazza
                           U.S. Magistrate Judge


cc:
Donte Royes Williams, 324530
Eastern Correctional
Institution
30420 Revels Neck Road
Westover, MD 21890
```

Simon B. John, Esq.
John & John
96 East Main Street
Uniontown, PA 15401


Steven L. Minnich, Esq.
Walsh, Collis & Blackmer
Gulf Tower, Suite 2300
707 Grant Street
Pittsburgh, PA 15219

```
Simon B. John, Esq.
John & John
96 East Main Street
Uniontown, PA 15401
```

```
Steven L. Minnich, Esq.
WALSH, COLLIS & blackmer
Gulf Tower, Suite 2300
707 Grant Street
Pittsburgh, PA 15219
```

```
Donte Royes Williams, 324530
Eastern Correctional
Institution
30420 Revels Neck Road
Westover, MD 21890
```