```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

```
DONTE WILLIAMS,                    )
                                   )
        Plaintiff,                 )
                                   )
              v.                   )  Civil Action No. 04-299
                                   )  Judge McVerry
KUSNAIRS'S BAR AND TAVERN,         )  Chief Magistrate Judge Caiazza
RANDALL RUSIA, MARK RUSIA,         )  In Re: Docs. 111,112
and FAYETTE COUNTY COMMUNITY       )
ACTION AGENCY,                     )
                                   )
        Defendants.                )
```

**O R D E R**

IT IS HEREBY ORDERED that the Plaintiff's Motions to Compel Discovery (Docs. 111,112) are denied as being moot. *See* Defendants' Response (Doc. 114).


July 29, 2005                    S/Francis X. Caiazza
                                 Francis X. Caiazza
                                 U.S. Magistrate Judge


cc:
Donte Royes Williams, 324530
Eastern Correctional
Institution
30420 Revels Neck Road
Westover, MD 21890

Simon B. John, Esq.
John & John
96 East Main Street
Uniontown, PA 15401

```
Steven L. Minnich, Esq.
Walsh, Collis & Blackmer
Gulf Tower, Suite 2300
707 Grant Street
Pittsburgh, PA 15219
```

```
Simon B. John, Esq.
John & John
96 East Main Street
Uniontown, PA 15401
```

```
                              Steven L. Minnich, Esq.
                              WALSH, COLLIS & blackmer
                              Gulf Tower, Suite 2300
                              707 Grant Street
                              Pittsburgh, PA 15219
```

```
Donte Royes Williams, 324530
Eastern Correctional
Institution
30420 Revels Neck Road
Westover, MD 21890
```