#12618

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### CIVIL DIVISION

| | | |
|---|---|---|
| DONTE R. WILLIAMS, | ) | CASE NO.:   04-299 |
| | ) | |
| Plaintiff, | ) | Judge Terrence F. McVerry/ |
| v. | ) | Chief Magistrate Judge Francis X. Caiazza |
| | ) | |
| KUSNAIRS BAR & TAVERN, | ) | **JURY TRIAL DEMANDED** |
| RANDALL RUSIA, MARK RUSIA and | ) | |
| FAYETTE COUNTY COMMUNITY | ) | |
| ACTION AGENCY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 9th day of August, 2005, upon consideration of Defendant FCCAA's **Second Motion for Sanctions,** said **Motion** is hereby **GRANTED**. Plaintiff shall serve responsive, full and complete responses to Defendant FCCAA's discovery requests within twenty (20) days of the date of this Order. In the event that Plaintiff fails to adequately respond to Defendant FCCAA's discovery within twenty (20) days, he shall be subject to such sanctions authorized under FRCP 37(b)(2)(A), (B) and (C), including prohibiting Plaintiff from entering any evidence at trial to support his claim against Defendant FCCAA.

BY THE COURT:

_Francis X. Caiazza, M.J._