```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

DONTE WILLIAMS,                )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 04-299
                               )   Judge McVerry
                               )   Magistrate Judge Caiazza
RANDALL KUSNIAR,               )   In Re:
                               )
        Defendant.             )

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

AND NOW, this 13th day of March, 2007;

IT IS HEREBY ORDERED AND DIRECTED that a writ of habeas corpus ad testificandum is issued and directed to the United States Marshal for the Western District of Pennsylvania at Pittsburgh, Pennsylvania, and to the Warden of the Eastern Correctional Institution at Westover, (E.C.I. Westover) located at 30420 Revels Neck Road, Westover, Maryland, 21890 and commanding them to have the body of **DONTE WILLIAMS, 338201,** before this Magistrate Judge at Courtroom No. 9A, Ninth Floor, United States Post Office and Courthouse, Seventh Avenue and Grant Street, Pittsburgh, Pennsylvania, on **June 5, 2007, at 9:30 a.m.**

The United States Marshal shall retain custody of **DONTE WILLIAMS, 338201,** until the proceedings are concluded and then return him to the custody of the Warden of E.C.I. Westover, Maryland.

March 13, 2007                              s/Francis X. Caiazza
                                            FRANCIS X. CAIAZZA
                                            U.S. Magistrate Judge

cc: all parties of record.