**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

```
DONTE ROYES WILLIAMS,          )
                               )
              Plaintiff,       )
                               )
                               )    Civil Action No. 04-299
         v.                    )    Magistrate Judge
KUSNAIRS BAR AND TAVERN,       )    Francis X. Caiazza
RANDALL RUSIA, MARK RUSIA,     )    In Re: Doc. 179
COMMUNITY ACTION INC., OF      )
FAYETTE COUNTY,                )
                               )
              Defendants.      )
```

### ORDER

Donte R. Williams ("Williams" or "the Plaintiff") has filed a Motion for a Court Order Directing the Service of the Plaintiff's Subpoena. (Doc. 179). He asserts that he is entitled to have "officers of the court" serve subpoenas on three witnesses directing them to appear at trial. The Plaintiff has not provided with the subpoenas the required witness fees pursuant to 28 U.S.C. §1821(a). Apparently he is also requesting waiver of fees, or, alternatively, payment by the Court.

Federal courts are not authorized to waive the required witness fees for pro se litigants. Canady v. Kreider, 892 F.Supp. 668, 670 (M. D. Pa. 1995); Watts v. Hawkins-Sawyer, 2005 WL 2133676 (M. D. Pa. 2005). Likewise, there is no provision for service of subpoenas by the Court on behalf of pro se litigants. Instead, the "plaintiff is responsible for service of his subpoenas and for payment of the fees and allowances required by §1821." Canady, 892 F.Supp. at 670. William's Motion seeking to

have the court serve his subpoenas, (Doc. 179), and to do so

without tender of the required fees, is, therefore, DENIED.

Francis X. Caiazza

U.S. Magistrate Judge

Dated: April 4, 2007

cc:
Donte Royes Williams
324530
Eastern Correctional Institution
30420 Revels Neck Road
Westover, MD 2189