IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
DONTE ROYES WILLIAMS,         )
                              )
         Plaintiff,           )   Civil Action No. 04-299
                              )
    v.                        )   Magistrate Judge Caiazza
                              )
KUSNAIR'S BAR AND             )
TAVERN, et al.,               )
                              )
         Defendants.          )
```

**JUDGMENT ORDER**

For the reasons set forth in the Findings of Fact and Conclusions of Law filed contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, FINAL JUDGMENT is hereby entered in favor of the Defendant and against the Plaintiff. The Clerk is directed to mark this case closed.

July 13, 2007

Francis X. Caiazza
U.S. Magistrate Judge

cc:

Simon B. John, Esq.   (via email)

Donte Royes Williams   (via first-class U.S. Mail)
338201
E.C.I.
30420 Revells Neck Rd.
Westover, MD  21890