**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DONTE ROYES WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-299 |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| RANDALL KUSNIAR, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For the same reasons stated in the Court's Order dated January 29, 2009 (Doc. 216), Plaintiff's Renewed Motion for a Stay (**Doc. 217**) is **DENIED**.

IT IS SO ORDERED.

| | |
|---|---|
| February 6, 2009 | s/Cathy Bissoon |
| | Cathy Bissoon |
| | United States Magistrate Judge |

cc (via email):

Simon B. John, Esq.

cc (via 1st Class U.S. Mail):

Donte Royes Williams
C/O B.C.C.C. #338-201
901 Greenmount Avenue
Baltimore, MD 21202